# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SCOTT A. METCALF,
    Plaintiff,

  v.                                      Case No. 10-C-0615

RICK RAEMISCH, Secretary of
Wisconsin Department of Corrections,
RUTH DONALDS, Field Supervisor of
Wisconsin Department of Corrections,
SARAH THIERMANN, Agent of Wisconsin
Department of Corrections
    Defendants.

## DECISION AND ORDER

Plaintiff Scott A. Metcalf has filed a civil action in this court and requests permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Under § 1915, an indigent party may commence a federal court action without paying required costs and fees upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit of indigence. Upon review of that affidavit, the court is satisfied that plaintiff meets the poverty requirements of 28 U.S.C. § 1915. Plaintiff has no income, supports a minor son, and has only $80.00 in assets. Thus, I find that he cannot afford to pay the $350 filing fee. Additionally, plaintiff has stated the nature of this action and asserted his belief that he is entitled to redress.

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint and a copy of this order be served on the defendants through the Attorney General of the State of Wisconsin.

Plaintiff is advised to provide defendants or their counsel with copies of all future motions or papers filed in this action.

Dated at Milwaukee, Wisconsin this 5 day of August, 2010.

/s_____
LYNN ADELMAN
District Judge